William M. ANDREWS v. COMMISSIONER OF INTERNAL REVENUE.

No. 5551.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1931.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed upon authority of Burnet v. Logan, 283 U. S. 404, 51 S. Ct. 550, 75 L. Ed. 1143.

ARCHIBALD McNEIL & SONS COMPANY, Plaintiff in Error, v. WESTERN MARYLAND RAILWAY COMPANY, Defendant in Error.

No. 4518.

Circuit Court of Appeals, Third Circuit.

Aug. 19, 1931.

Geo. Demming, of Philadelphia, Pa., and John R. Geyer and Paul G. Smith, both of Harrisburg, Pa., for plaintiff in error.

Geo. C. Doub and Eugene S. Williams, both of Baltimore, Md., and Spencer G. Nauman, of Harrisburg, Pa., for defendant in error.

Before DAVIS and THOMPSON, Circuit Judges, and SCHOONMAKER, District Judge.

PER CURIAM.

This was an action of trespass brought by Archibald McNeil & Sons Company to recover damages alleged to have been caused by the Western Maryland Railway Company in giving an undue and unreasonable preference and advantage in violation of sections 3, 8, and 9 of the Interstate Commerce Act (49 USCA §§ 3, 8, and 9). The District Court of the Middle District of Pennsylvania, sitting without a jury, entered judgment for the defendant [42 F.(2d) 669], and the plaintiff appealed to this court.

We have carefully considered the case, and are satisfied that error was not committed. We can add nothing to the able discussion of the case by the learned District Judge. The law declared by him is supported by the findings, which are based on substantial evidence.

We therefore affirm the judgment on his opinion.

Affirmed.

Homer BAIN, Appellant, v. UNITED STATES of America, Appellee.

No. 6443.

Circuit Court of Appeals, Ninth Circuit.

Aug. 3, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed; mandate forthwith.

Mrs. Mary W. BOHANNON, Appellant, v. NATIONAL SURETY COMPANY, Appellee.

No. 3199.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1931.

Louie A. Whitener, of Hickory, N. C., for appellant.

J. E. Swain, of Asheville, N. C., for appellee.

PER CURIAM.

Cause docketed and dismissed on motion of appellee.